DENISE M. MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400
Facsimile:   +1 650 614 7401

Attorneys for Plaintiff
SYNOPSYS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF RHODE ISLAND, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-00581-BLF<br><br>**[PROPOSED] ORDER RE SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER RE
SETTLEMENT AND DISMISSAL
5:21-CV-00581-BLF

WHEREAS Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant University of Rhode Island, ("Defendant") are parties to a civil action entitled *Synopsys, Inc. v. University of Rhode Island., et al.*, in the United States District Court for the Northern District of California, Case No. 5:21-cv-00581-BLF (the "Litigation");

WHEREAS Plaintiff has alleged in the Complaint that Defendant is liable for violations of the Digital Millennium Copyright Act ("DMCA") and Defendant has denied these allegations and asserted numerous affirmative defenses; and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiff and Defendant, the Court orders as follows.

1. Defendant is neither circumventing any technological measure controlling access to any Synopsys applications nor accessing any Synopsys applications without a valid license issued from Synopsys. Defendant agrees that it may use or access Synopsys applications only with and pursuant to a valid license issued by Synopsys and only in the quantities specified by such license(s).

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so. In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

3. The Litigation, and all claims filed herein, are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 17, 2021

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge